*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 21-BG-378

IN RE CHRISTOPHER B. SHEDLICK

**2021 DDN 52**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 1010480**

BEFORE: Thompson and McLeese, Associate Judges, and Nebeker, Senior Judge.

**O R D E R**
(FILED— August 12, 2021)

On consideration of the certified order from the state of Virginia suspending respondent from the practice of law in that jurisdiction by for a period of three months with conditions; this court's June 23, 2021, order suspending respondent pending resolution of this matter and directing him to show cause why reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel; and it appearing that respondent failed to file either a response to this court's order to show cause or his D.C. Bar R. XI, §14(g) affidavit, it is

ORDERED that Christopher B. Shedlick is hereby suspended from the practice of law in the District of Columbia for a period of three months subject to the conditions imposed by the state of Virginia. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement respondent's suspension will not begin to run until such time as he files his D.C. Bar R. XI, § 14(g) affidavit.

**PER CURIAM**